PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
### Report on Offender Under Supervision

Name of Offender: **Ronnie L Howard**  Case Number: **1:02CR00006**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **January 6, 2003**

Original Offense: **False Statements**

Original Sentence: **4 months prison, 36 months supervised release, $128,972.18 in restitution, and a $100 special assessment**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **July 1, 2003**

---

On January 6, 2003, Your Honor sentenced Ronnie Howard to the custody of the United States Bureau of Prisons for four months, three years of supervised release, $128,972.18, and a $100 special assessment for one count of False Statements.

Howard completed his prison sentence and began his term of supervised release on July 1, 2003. Since being placed on supervised release, Howard has complied with all of the conditions of supervised release. Howard is currently employed in Research and Development with Moo Technologies, Incorporated. On October 21, 2003, Your Honor granted Howard permission to engage in recurring travel for employment purposes.

On June 29, 2005, this officer received a request from Howard to travel to Monteray, Mexico for an emergency meeting. He requested to travel from July 5, 2005 to July 8, 2005. This officer verified the meeting through Frank Lauch, Vice President of Moo Technologies, Incorporated. This officer informed Howard and Lauch that I would submit the request to Your Honor for approval but could not guarantee a response due to the timeliness of the request.

It is respectfully recommended that Howard be permitted to travel to Monteray, Mexico from July 5, 2005 to July 8, 2005.

Respectfully submitted by,

Mark R. Grawe
U. S. Probation Officer
Date:   June 29, 2005

Approved by,

John C. Cole
Supervising U. S. Probation Officer
Date: June 29, 2005

---

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

June 30, 2005
Date