IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA   )
                           )
                           )
vs                         )        Case No. CR 1-02-006-001
                           )
Ronnie L. Howard           )
                           )

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on supervised release on July 1, 2003 for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

_____
Susan J. Dlott
United States District Judge

_____
March 1, 2006
Date